

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*Susan Millenky*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>susan.millenky@usdoj.gov | main: *(973) 645-2700*<br>direct:*(973) 297-2067*<br>fax:   *(973) 297-2010* |

July 10, 2018

**By ECF**
The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: ***United States v. Borough of Woodcliff Lake et al.*,**
     **Civil Action No. 2:18-cv-10511 (MCA) (CLW)**

Dear Judge Arleo:

  We write on behalf of all parties to request reassignment of the above-referenced matter. This case, which alleges a violation of the Religious Land Use and Institutionalized Persons Act, arises out of the same facts and names two of the same defendants as a lawsuit filed by a private-party plaintiff, *Valley Chabad v. Borough of Woodcliff Lake et al.*, No. 2:16-cv-08087 (JLL) (JAD). The private-plaintiff litigation is currently pending before Chief Judge Linares and Magistrate Judge Dickson. In light of an anticipated request for consolidation of fact discovery, the parties to both cases agree that assignment of these cases to the same District Judge and Magistrate Judge would be most efficient.

  Given the early stage of the above-referenced litigation, we respectfully request reassignment of this case to Chief Judge Linares and Magistrate Judge Dickson, who have presided over the ongoing discovery in the private-party matter.

  We thank the Court for considering this request.

               Respectfully submitted,

               CRAIG CARPENITO
               United States Attorney

By: /s/ Susan Millenky
SUSAN MILLENKY
Assistant United States Attorney

cc: Honorable Jose L. Linares (By First-Class Mail)
Honorable Joseph A. Dickson (By First-Class Mail)
Henry E. Klingeman, Esq. (By ECF)
Howard Mankoff, Esq. (By Email)
Roman Storzer, Esq. (By Email)