

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Susan Millenky*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
susan.millenky@usdoj.gov

main:   (973) 645-2700
direct: (973) 297-2067
fax:    (973) 297-2010

August 13, 2019

**By ECF**
The Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    ***United States v. Borough of Woodcliff Lake et al.*,**
              **Civil Action No. 2:18-cv-10511 (JLL) (JAD)**

              ***Valley Chabad Inc. v. Borough of Woodcliff Lake et al.*,**
              **Civil Action No. 2:16-cv-8087 (JLL) (JAD)**

Dear Judge Dickson:

      As discussed during the July 30, 2019 conference with the Court, we write on behalf of all parties to propose discovery deadlines in this consolidated matter. The parties have conferred and propose the following deadlines, applicable to both actions unless specified below. All parties consent to the following proposed deadlines:

1. Defendants' corrected production of ESI:  <u>August 14, 2019</u>

2. Responses to outstanding written discovery requests in private action:  <u>To be determined based on the Court's decision in the pending motion to compel</u>.

3. Defendants' production (all ESI and non-ESI) complete:  <u>August 31, 2019</u>

4. Production of corrected privilege log:  <u>September 30, 2019</u>

5. All fact discovery completed:  <u>January 17, 2020</u>

6. Affirmative expert reports due:  <u>March 31, 2020</u>

7. Responding expert reports due:  <u>May 29, 2020</u>

8. All expert discovery completed:  June 30, 2020

As in prior submissions, the parties further propose that each side be limited to twenty (20) fact witness depositions.

We thank the Court for considering these proposed deadlines.

              Respectfully submitted,

              CRAIG CARPENITO
              United States Attorney

      By:    /s/ Susan Millenky
            SUSAN MILLENKY
            Assistant United States Attorney

cc:    Henry E. Klingeman, Esq. (By ECF)
        Helen A. Nau, Esq. (By ECF)
        Sieglinde K. Rath, Esq. (By ECF)
        Brent Robert Pohlman (By ECF)
        Eric L. Harrison (By ECF)

## **CERTIFICATE OF SERVICE**

I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on August 13, 2019, the foregoing letter was served on counsel for all parties by ECF.

Dated:      Newark, New Jersey
               August 13, 2019

                                          /s/ Susan Millenky
                                          SUSAN MILLENKY
                                          Assistant United States Attorney