

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Susan Millenky*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
susan.millenky@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2067
fax:   (973) 297-2010

January 10, 2020

**By ECF**
The Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   ***United States v. Borough of Woodcliff Lake et al.*,**
            **Civil Action No. 2:18-cv-10511 (JLL) (JAD)**

            ***Valley Chabad Inc. v. Borough of Woodcliff Lake et al.*,**
            **Civil Action No. 2:16-cv-8087 (JLL) (JAD)**

Dear Judge Dickson:

    We write on behalf of all parties in response to the Court's request for a status update in the above-referenced consolidated matter. *See* ECF Nos. 26, 78. The parties to both actions have worked to negotiate proposed resolutions since the September 11 conference with the Court. In the federal action, the parties continue to exchange drafts of a proposed consent order. In the private action, the parties are finalizing a settlement agreement and proposed consent order, as well as a stormwater management plan.

    The parties expect to have finalized documents to share with the Court in February and thank the Court for its ongoing assistance in this matter.

                                        Respectfully submitted,

                                        CRAIG CARPENITO
                                        United States Attorney

                    By:   /s/ Susan Millenky
                           SUSAN MILLENKY
                           Assistant United States Attorney

2

cc: Henry E. Klingeman, Esq. (By ECF)
    Helen A. Nau, Esq. (By ECF)
    Sieglinde K. Rath, Esq. (By ECF)
    Brent Robert Pohlman (By ECF)
    Eric L. Harrison (By ECF)

## **CERTIFICATE OF SERVICE**

    I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on January 10, 2020, the foregoing letter was served on counsel for all parties by ECF.

Dated:    Newark, New Jersey
            January 10, 2020

                              /s/ Susan Millenky
                              SUSAN MILLENKY
                              Assistant United States Attorney