

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*Susan Millenky*<br>*Assistant United States Attorney*<br>*Civil Rights Unit* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>susan.millenky@usdoj.gov | *main: (973) 645-2700*<br>*direct:(973) 297-2067*<br>*fax:   (973) 297-2010* |

September 15, 2020

**By ECF**
The Honorable Katharine S. Hayden
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

  Re: ***United States v. Borough of Woodcliff Lake et al.*,**
     **Civil Action No. 2:18-cv-10511 (KSH) (JAD)**

Dear Judge Hayden:

  On behalf of both parties, we submit the attached proposed consent order for the Court's review.  The proposed consent order would, if approved by the Court, resolve the above-referenced action in full.  The parties to the related private action, *Valley Chabad Inc. v. Borough of Woodcliff Lake et al.*, No. 2:16-cv-8087 (KSH) (JAD), have entered into a separate agreement and proposed consent order.

            Respectfully submitted,

            CRAIG CARPENITO
            United States Attorney

        By: /s/ Susan Millenky
           SUSAN MILLENKY
           Assistant United States Attorney

Attachment

cc: Counsel of Record (By ECF)

## CERTIFICATE OF SERVICE

    I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on September 15, 2020, the foregoing letter and attachment were served on counsel for all parties by ECF.

Dated:    Newark, New Jersey
             September 15, 2020

                                             /s/ Susan Millenky
                                             SUSAN MILLENKY
                                             Assistant United States Attorney